Charles Keener, Appellant, v. Willett Kidd, Respondent.—Judgment of the County Court of Orange county reversed, and judgment of the Justice's Court in the city of Middletown affirmed, with costs to the appellant in this court, on the ground that the circumstances under which the sum of twenty-five dollars was paid to the defendant constituted legal duress against the plaintiff. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank L. Marcell, as Administrator, etc., of Frank L. Marcell, Jr., Deceased, Appellant, v. Mary A. Young, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Salathiel Mastin, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

Annie McDonnell, as Administratrix, etc., of James J. McDonnell, Deceased, Appellant, v. Metropolitan Bridge and Construction Company, Respondent.—Judgment unanimously affirmed, with costs, on the authority of *McDonnell* v. *Metropolitan Bridge & Construction Co.* (121 App. Div. 301). Present—Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Henry J. Mullen, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the finding is against the weight of evidence. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Anna E. Phelan, Appellant, v Rodney Gibson, as Administrator with the Will Annexed, etc., of James Gibson, Jr., Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Gerhard T. Potthoff, Respondent, v. Safety Armorite Conduit Company, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.